# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Alvin Fredrick Wilson Jr**                    **Docket No. 5:01-CR-3-1F**

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alvin Fredrick Wilson Jr, who, upon an earlier plea of guilty to Possession with Intent to Distribute Methamphetamine and 3,4-methylenedioxymethamphetamine (MDMA/Ecstasy) and Aiding and Abetting, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 25, 2001, to the custody of the Bureau of Prisons for a term of 177 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Alvin Fredrick Wilson Jr was released from custody on October 24, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 4, 2016, the defendant was involved in an automobile accident in which he rear-ended another vehicle. Following the accident, the defendant was reportedly examined by paramedics and blood was taken from the defendant to test for any illegal substances and alcohol. As a result of the accident, it was determined that the defendant committed the offense of Possession of Open Container (16IF731063) and Driving While Impaired (16CR5000) in Raleigh, North Carolina. The defendant reported to the probation office on November 8, 2016, and admitted having opened a beer can while behind the wheel of his car for the purpose of consuming alcohol on his way home from work. The defendant is aware he was ordered to abstain from the use of alcohol during the supervised release period. Rather than return to court at this time, it is recommended the defendant's conditions of supervision be modified to include a curfew for a period of 30 days, with location monitoring technology, as well as placement in a remote alcohol monitoring program for 30 days. Additionally, the defendant has been referred for a substance abuse evaluation and any recommended treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program as directed by the probation officer, for a period not to exceed 30 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: November 14, 2016

## ORDER OF THE COURT

Considered and ordered this _____ *15* _____ day of _____ *November* _____, 2016, and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge